# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOE RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:08-cv-00920 TAG <br><br> ORDER DISMISSING ACTION <br> UPON STIPULATION OF PARTIES <br> (Doc. 16.) |

On April 1, 2009, the parties, through their undersigned counsel of record, filed their fully executed Stipulation seeking to dismiss the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, without prejudice, subject to the Court's approval. (Doc. 16.) The Stipulation also provided that each party was to bear his/her own costs and expenses. (*Id.*)

Based on the foregoing, the Court hereby dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including, but not limited to, attorney's fees.

IT IS SO ORDERED.

Dated: **April 2, 2009**　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1